## SCOTT v. THE STATE.
(Decided April 13, 1916.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON. ˙

No counsel for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Defendant having escaped from custody, the appeal is dismissed.